IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>　　　　　　　Plaintiff,  <br><br>　vs.  <br><br>JITTAWEE CURLY BEAR CUB,  <br><br>　　　　　　　Defendant. | CR-05-09-GF-BMM  <br>CR-07-117-GF-BMM  <br>CR-18-83-GF-BMM |

　　　On August 18, 2020, the undersigned granted Defendant, Jittawee Bear Cub's (Bear Cub) Motion in open court for a Psychiatric Exam. On November 10, 2020, the Court received notice from I. Jacquez, Warden at Federal Detention Center, SeaTac, Washington, where Bear Cub is being evaluated, requesting an extension of the evaluation period and final report.

　　　Bear Cub arrived at FDC SeaTac on September 24, 2020. The study period normally would begin on the date of arrival. Because of the Bureau of Prison's COVID-19 action plan, which requires all new arrivals to be quarantined for approximately 20 days for enhanced medical screening and because SeaTac is under modified operations, with restricted movement within the facility Bear Cub's evaluation has not yet begun.

　　　Accordingly, **IT IS ORDERED** that an extension of Bear Cub's evaluation period and evaluation report due date for Bear Cub is **GRANTED**. I. Jacquez,

Warden at the Federal Detention Center, SeaTac, will advise the Court when the evaluation of Bear Cub commences and also a proposed date when the Court will receive Bear Cub's evaluation. The Clerk of Court will inform I. Jacquez, Warden at the Federal Detention Center, SeaTac of the making of this order.

DATED this 10th day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court