**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-05-09-GF-BMM |
| Plaintiff, | CR 07-117-GF-BMM |
| vs. | CR 22-53-GF-BMM |
| | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| JITTAWEE CURLY BEAR CUB, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 24, 2024. (Docs. 169, 218 and 38.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on May 7, 2024.  (Docs. 168, 217 and 37 .)  The United States accused Jittawee Bear Cub (Bear Cub) of violating

his conditions of supervised release by using methamphetamine on January 22, 2024. (Docs. 152, 201 and 24.)

At the revocation hearing, Bear Cub admitted to having violated the conditions of his supervised release by using methamphetamine on January 22, 2024. Judge Johnston found that the violation Bear Cub admitted proves serious and warrants revocation of his supervised release and recommends a custodial sentence until December 11, 2024, with a lifetime of supervised release in CR-05-09-GF-BMM; 49 months of supervised release to follow in CR-22-53-GF-BMM and 4 months of supervised release to follow in CR-7-117. Judge Johnston also recommended that on December 12, 2024, Bear Cub should be placed in a residential re-entry center at the direction of his probation officer for the first 180 days of his Supervised Release. Bear Cub was advised of his right to appeal and his right to allocute before the undersigned and waived those rights. (Docs. 168, 217 and 37.)  The violation proves serious and warrants revocation of Bear Cub's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Docs. 169, 218 and 38.) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Jittawee Curty Bear Cub be sentenced to the Bureau of Prison until December 11, 2024, with a lifetime of supervised release

to follow in CR-05-09-GF-BMM; 49 months of supervised release to follow in CR-22-53-GF-BMM and 4 months of supervised release to follow in CR-7-117. On December 12, 2024, Bear Cub should be placed in a residential re-entry center at the direction of his probation officer for the first 180 days of his Supervised Release.  Bear Cub should serve his term of custody at FCI Marianna in Marianna, Florida.

DATED this 14th day of May, 2024.


Brian Morris, Chief District Judge
United States District Court